## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:05cr196 |
| | : | |
| | : | |
| v. | : | Judge Jones |
| | : | |
| WALTER KEVIN DONOVAN | : | |
| Defendant | : | |

## ORDER

**AND NOW,** this 14th day of February, 2006, upon review of the Concurred

Defendant's Motion for a Self -Surrender Date (doc. 36.), the said Motion is

**GRANTED**.

It is hereby ORDERED that Walter Donovan shall report by 2:00 p.m. on

March 7, 2006, to the facility determined by the Federal Bureau of Prisons to begin

serving the sentence imposed on February 21, 2006. The Defendant shall remain

under the supervision of the Federal Probation Office providing pretrial supervision

until the date and time set forth above.

s/ John E. Jones III
John E. Jones III
United States District Judge
